**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 99-CV-01245-REB-CBS

SCOTT A CUNNINGHAM,
P. DAVID MANTOR,
ERIC LOUGHEAD, and
JOHN BONNEVILLE,

      Plaintiffs,

v.

BHP PETROLEUM GREAT BRITAIN PLC, a United Kingdom corporation,
HAMILTON BROTHERS PETROLEUM CORPORATION, a Delaware Corporation,

      Defendants.

---

### ORDER REMANDING CASE TO STATE COURT

**Blackburn, J.**

      Following an appeal to the United States Court of Appeals for the Tenth Circuit, this case has been remanded to me with directions to remand the case to the state court from which it was removed.

      **THEREFORE, IT IS ORDERED** that this case be **REMANDED** to the District Court of Arapahoe County, Colorado, from which it was removed.

      Dated July 7, 2005, at Denver, Colorado.

      BY THE COURT:

      s/ Robert E. Blackburn
      Robert E. Blackburn
      United States District Judge