**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 99-CV-01245-REB-CBS *consolidated with* 01-CV-00777-REB-CBS

SCOTT A CUNNINGHAM,
P. DAVID MANTOR,
ERIC LOUGHEAD, and
JOHN BONNEVILLE,

    Plaintiffs,

v.

BHP PETROLEUM GREAT BRITAIN PLC, a United Kingdom corporation,
HAMILTON BROTHERS PETROLEUM CORPORATION, a Delaware Corporation,

    Defendants,

and

SCOTT A CUNNINGHAM,
P. DAVID MANTOR,
ERIC LOUGHEAD, and
JOHN BONNEVILLE,

    Plaintiffs,

v.

BHP PETROLEUM (U.K.) CORPORATION, a Delaware corporation,

    Defendant.

---

### ORDER TO AMEND AND CORRECT SUPPLEMENTAL JUDGMENT

**Blackburn, J.**

    Following an appeal to the United States Court of Appeals for the Tenth Circuit, this case has been remanded to me with directions to amend and correct the

Supplemental Judgment [#380], filed November 15, 2004, to reflect that plaintiffs' Second Amended Complaint was dismissed not only for failure to prosecute, but also for lack of subject matter jurisdiction. In addition, the Tenth Circuit has noted that a separate judgment has never been entered in the original federal action, 01-CV-00777-REB-CBS.

**THEREFORE, IT IS ORDERED** as follows:

(1) That the Supplemental Judgment [#380], filed November 15, 2004, shall be **CORRECTED** to reflect, with respect to 99-CV-01245-REB-CBS, that plaintiffs' Second Amended Complaint was **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction as an additional basis warranting dismissal; and

(2) That a separate, Amended Supplemental Judgment shall be **ENTERED** in 01-CV-00777-REB-CBS to reflect that plaintiffs' Second Amended Complaint was **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction and for failure to prosecute.

Dated July 7, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge