IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 99-CV-1245-REB-CBS

SCOTT A. CUNNINGHAM,
P. DAVID MANTOR,
ERIC LOUGHEAD, and
JOHN BONNEVILLE,

    Plaintiffs,

v.

BHP PETROLEUM GREAT BRITAIN PLC, a United Kingdom corporation, and
HAMILTON BROTHERS PETROLEUM CORPORATION, a Delaware corporation,

    Defendants.

## ORDER

Upon Defendants' Motion for an Order vacating the District Court's "Order Remanding Case To State Court" entered on July 8, 2005 at Docket No. 381, and the Court being fully apprised in the premises,

IT IS ORDERED that the Court's prior "Order Remanding Case to State Court" is **VACATED**.

Dated this 12th day of July, 2005, at Denver, Colorado.

                        BY THE COURT:

                        s/Robert E. Blackburn
                        Robert E. Blackburn
                        United States District Judge