**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 99-cv-01245-REB-CBS

SCOTT A CUNNINGHAM,
P. DAVID MANTOR,
ERIC LOUGHEAD, and
JOHN BONNEVILLE,

      Plaintiffs,

v.

BHP PETROLEUM GREAT BRITAIN PLC, a United Kingdom corporation,
HAMILTON BROTHERS PETROLEUM CORPORATION, a Delaware Corporation,

      Defendants.

## ORDER REMANDING CASE TO STATE COURT

**Blackburn, J.**

      This matter has been remanded to me by the United States Court of Appeals for the Tenth Circuit. (*See* Mandate [#389], filed November 17, 2005.) The Tenth Circuit has directed me to remand the case to the state court from which it was removed.

      **THEREFORE, IT IS ORDERED** that this case is **REMANDED** to the District Court, Arapahoe County, Colorado (Case No. 99-CV-1883).

      Dated November 28, 2005, at Denver, Colorado.

                                    BY THE COURT:

                                    s/ Robert E. Blackburn
                                    Robert E. Blackburn
                                    United States District Judge